ANTHONY J. MARA, PLAINTIFF-RESPONDENT, v. TOWN-
SHIP OF PARSIPPANY-TROY HILLS, A MUNICIPAL
CORPORATION IN THE COUNTY OF MORRIS AND
STATE OF NEW JERSEY, AND JOHN P. BATCHELDER,
MUNICIPAL MANAGER OF THE TOWNSHIP OF PAR-
SIPPANY-TROY HILLS, HENRY AHLERS, DEFEND-
ANTS-APPELLANTS.

Argued December 19, 1955—Decided December 19, 1955.

*Mr. Worrall F. Mountain, Jr.,* argued the cause for the appellant (*Messrs. Mills, Jeffers and Mountain,* attorneys).

*Mr. Ralph Porzio* argued the cause for the respondent (*Messrs. Scerbo, Porzio and Kennelly,* attorneys).

PER CURIAM. At the argument of this cause it appeared that the factual situation and the provisions of the township ordinances applicable to the position claimed by the plaintiff were not fully presented in the record and the briefs before the court. Therefore the cause is remanded to the Law Division of the Superior Court for the purpose of amending the pleadings and the pre-trial order, the taking of further proofs and the making of a new finding of fact and judgment thereon.